{¶ 30} While Lt. Wolf's testimony was not as blatantly inadmissible as it was in the first trial, it was inadmissible nonetheless. The entire "consistent with" litany should have been stricken. For a discussion of the reasons for excluding this testimony, one need go no further than the previous case of State v. Campbell.[1] Therefore I dissent as to the first assignment of error.
 {¶ 31} The allied-offense issue continues to offend me. The Ohio Supreme Court has muddled the law by its unfortunate holding in State v.Rance.[2] But we must follow Rance, even if it is bad law. Therefore, I reluctantly concur in the balance of the majority opinion.
[1] 1st Dist. No. C-010567, 2002-Ohio-1143.
[2] 85 Ohio St.3d 632, 1999-Ohio-291, 710 N.E.2d 699.